[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

GLENN SCHEUER and
LINDA SCHEUER

Plaintiff )

v. )

RADO EXPRESS
LOGISTICS, INC., ET AL )

Defendant )

)
)
)
)
)
)

Case Number: 23-cv-00531

Judge: Hon. John Robert Blakey

## NOTICE OF MOTION

**TO:** Christopher Pickett/Haley Loutfy

cpickett@lpplawfirm.com

hloutfy@lpplawfirm.com

**PLEASE TAKE NOTICE** that on April 19, 2023 at 11:00 a.m. , or as soon thereafter as I may be heard, I shall appear before the Honorable Judge John Robert Blakey or any judge sitting in his or her stead in **Courtroom** 1203 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

DEFENDANT RADO EXPRESS LOGISTICS, INC.'S MOTION TO DISMISS

## CERTIFICATE OF SERVICE

I hereby certify that on 4/13/2023 , I provided service to the person or persons listed above by the following means: email to the above listed

Signature: /s/ Alex Moskovic          Date: 4/13/2023

Name (Print): Alex Moskovic - Moskovic & Assoc., Ltd.

Address: 3233 N. Arlington Heights Rd., Suite 303          Phone: 847-797-1300

Arlington Heights, IL 60004

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]